UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE UPSHAW,

    Petitioner,

v.

JAMES ROBERTSON,

    Respondent.

Case No. 20-cv-03460-HSG

**JUDGMENT**

For the reasons set forth in the Court's order of dismissal, this action is dismissed without prejudice to filing a civil rights action. The Clerk shall enter judgment in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 7/6/2020

/s/ Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge